| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Reva Keylin DeVillo<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3923<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 22–50044 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- John W. Taylor is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.
- Trustee's Final Report is Approved.

Dated: July 11, 2022
BY THE COURT


Laura T. Beyer

United States Bankruptcy Judge


Electronically filed and signed (7/11/22)